
FILED 06 DEC '22 15:23 USDC-ORP
**UNDER SEAL**

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00423-HZ |
| v. | **INDICTMENT** |
| **SAMANTHA MILLER,** | 18 U.S.C. § 1349 |
| Defendant. | 21 U.S.C. §§ 331(k) and 333(a)(2) |
| | **Forfeiture Allegation(s)** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Commit Wire Fraud)
### (18 U.S.C. § 1349)

Beginning in or about November 2019 and continuing through in or about January 2021, in the District of Oregon and elsewhere, defendant Samantha Miller and others knowingly conspired, combined, confederated, and agreed with each other to, and did, commit wire fraud in violation of 18 U.S.C. § 1343.

**Manner and Means of the Conspiracy and Scheme to Defraud**

Defendant Samantha Miller and others used the following manner and means to carry out the conspiracy and scheme to defraud:

- Beginning in or about November 2019, Defendant Samantha Miller and others started Woofin Palooza, a self-described rescue, rehabilitation, boarding, and pet adoption organization with facilities in Multnomah County and Columbia County, Oregon. They started the business in November 2019 and were obtaining pets with medical and behavioral issues from out-of-state, so-called kill shelters.

- From at least December 2019 through January 2021, on more than 280 occasions, defendant Samantha Miller and others made material misrepresentations about the health and behavior of animals to customers.

- Based on these material misrepresentations and others, customers paid Woofin Palooza either by credit card or check, adoption fees totaling more than $82,000.

- Others at Woofin Palooza charged some customers so-called "appointment fees", which totaled more than $3,475, in order to see the pets for adoption, claiming the fee was necessary to obtain the pets from boarders and other reasons. The "appointment fee" was a sham.

- Because many of these animals were in fact sick or suffered from behavioral issues, they required additional veterinary care that totaled more than $142,580.

- Defendant Samantha Miller and others at Woofin Palooza also required customers to pay more than $23,000 in spay and neuter fees, claiming they would reimburse the customers once the pets were spayed or neutered. That did not happen. In many circumstances, defendant Samantha Miller and others used lulling tactics to avoid returning the deposits.

- Between in or about November 2019 and continuing through in or about January 2021, defendant and others used, or caused to be used, interstate wires in

**Indictment**

furtherance of his scheme to defraud, including phone calls, text messages, email communications, and transfers of money via wire, with each use of interstate wires being a separate execution of the above-described scheme to defraud.

In violation of 18 U.S.C. § 1349.

## COUNT 2
### (Food Drug and Cosmetic Act—Dispensing Animal Drugs Without Proper Labeling)
### (21 U.S.C. §§ 331(k) and 333(a)(2))

Beginning in or about November 2019 and continuing through in or about January 2021, in the District of Oregon and elsewhere, defendant Samantha Miller, with the intent to defraud, did or caused the alteration, mutilation, destruction, obliteration, or removal of the whole or any part of the labeling of, or the doing of any other act with respect to drugs while such drugs were held for sale after shipment in interstate commerce which resulted in such articles being adulterated or misbranded.

In violation of 21 U.S.C. §§ 331(k) and 333(a)(2).

Dated: December 6, 2022.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorney